**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ALEXANDER MASHINSKY**

**Movant,**

**- against -**

**UNITED STATES OF AMERICA,**

**Respondent.**

**26-cv-4480 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

On May 26, 2026, the movant, Alexander Mashinsky, moved to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. ECF No. 1. On June 1, 2026, the Court directed the Government to respond to Mr. Mashinsky's motion within sixty days. ECF No. 3. That deadline expired on July 31, 2026. The Government has not yet made an appearance.

The time for the Government to respond to Mr. Mashinsky's motion is extended until **September 25, 2026**. The time for Mr. Mashinsky to reply to the Government's response is extended until **October 23, 2026**.

The Clerk is respectfully directed to mail a copy of this Order to Mr. Mashinsky and to note mailing on the docket. Because the Government has not appeared and may not have received electronic notice of the Court's June 1, 2026 Order, the Clerk is further directed to mail a copy of this Order

to the Chief of the Criminal Division of the United States Attorney's Office for the Southern District of New York and to note mailing on the docket.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 7, 2026**

**John G. Koeltl**
**United States District Judge**