UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER MASHINSKY,

Petitioner,

- against -

UNITED STATES OF AMERICA

26-cv-4480 (JGK)
23-cr-347 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The Court has received the petitioner's September 28, 2026 letter to the Court. See Case No. 26-cv-4480, ECF No. 10. There is nothing in that letter that changes the Court's September 29, 2026 Order (ECF No. 9) denying the petitioner's request for discovery without prejudice.

The Clerk is respectfully requested to mail a copy of this order to the petitioner and to note mailing on the docket.

**SO ORDERED.**

**Dated:** New York, New York
October 5, 2026

John G. Koeltl
United States District Judge